**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>    Plaintiff,<br><br>        v.<br><br>**LOURDES MARTINEZ DEL VALLE, MARIA DE LOURDES SANTANA MARTINEZ, JUAN CARLOS SANTANA MARTINEZ, JUAN ANTONIO SANTANA MARTINEZ, MARIA DE LOS ANGELES SANTANA MARTINEZ,**<br><br>    Defendants. | CIVIL NO. 04-2081 (JAF) |

### ORDER OF SATISFACTION OF JUDGMENT AND CANCELLATION OF JUDGMENT LIEN

Upon an Order and Judgment entered against defendants in this case on October 14, 2004, and a Motion for Satisfaction of Judgment and Cancellation of Judgment Lien filed by the United States of America, and it appearing that the United States has shown that it has received full satisfaction of said judgment.

NOW THEREFORE, the Court hereby decrees the full satisfaction of the Judgment, Orders that the Clerk of this Court enters such satisfaction of Judgment in the Court docket, and Orders the Property Registrar of the Property Registry of Bayamon, Sections I, II, III, and IV in which this lien has been recorded to note the full payment and satisfaction of the same and cancel said liens.

SO ORDERED in San Juan, Puerto Rico, this **7th** day of **October**, 2005.

                                S/JOSE A. FUSTE
                                CHIEF JUDGE
                                UNITED STATES DISTRICT COURT

Case 3:04-cv-02081-JAF   Document 5   Filed 10/07/05   Page 2 of 2